UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-115 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / LEE |
| YOLANDA KING | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the four-count Indictment; (2) accept Defendant's plea of guilty to the lesser included offense of the charge in Count One, that is of conspiracy to manufacture and distribute five (5) grams or more of methamphetamine (actual) or fifty (50) grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B); (3) adjudicate Defendant guilty of the lesser included offense of the charge in Count One of the Indictment, that is of conspiracy to manufacture and distribute five (5) grams or more of methamphetamine (actual) or fifty (50) grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 59]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 59] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

      (1)      Defendant's motion to withdraw her not guilty plea to Count One of the Indictment

is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of the charge in Count One,
that is of conspiracy to manufacture and distribute five (5) grams or more of
methamphetamine (actual) or fifty (50) grams or more of a mixture and substance
containing methamphetamine, a Schedule II controlled substance, in violation of 21
U.S.C. §§ 846 and 841(b)(1)(B) is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge
in Count One, that is of conspiracy to manufacture and distribute five (5) grams or
more of methamphetamine (actual) or fifty (50) grams or more of a mixture and
substance containing methamphetamine, a Schedule II controlled substance, in
violation of 21 U.S.C. §§ 846 and 841(b)(1)(B);

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is
scheduled to take place on **Monday, June 3, 2013 at 2:00 p.m.** before the Honorable
Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_/s/Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2